IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GEORGE H. SERGENT,

    Petitioner,                                 JUDGMENT IN A CIVIL CASE

   v.                                                 Case No. 12-cv-810-slc

TIMOTHY DOUMA,

    Respondent.

This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying petitioner George H. Sergent's petition for a writ of habeas corpus and dismissing this case with prejudice.

| /s/ | 1/26/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |