IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2016 FEB 25 AM 10: 28
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

GEORGE H. SERGENT,

    Petitioner,

v.

TIMOTHY DOUMA, Warden,
New Lisbon Correctional Institution,

    Respondent.

**NOTICE OF APPEAL**

Case No. 12-cv-810-slc

**NOTICE** is hereby given that George H. Sergent, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion And Order Denying the Petitioner's writ of habeas corpus and dismissing the case with prejudice entered in this action on the 26th day of January, 2016.

Respectfully Submitted on this 21st day of February, 2016

*George Sergent*

George H. Sergent *pro se*
1211 Elgin Avenue
Janesville, WI 53548